**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 18, 2014

Hon. Anthony Troiani
Attorney at Law
611 E. Washington
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Eileen M. Leeds
Guerra, Leeds, Sabo & Hernandez, PLLC
1534 E. 6th St., Suite 200
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-13-00487-CV
Tr.Ct.No. 2011-DCL-4618-E
Style:    STEVEN RICHARD RAHL A/K/A JAMES MICHAEL BECKER AND
          ATLANTIS SOLAR LLC v. MARDEL SOUZA, INC.


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   357th District Court (DELIVERED VIA E-MAIL)
      Hon. Aurora De La Garza, Cameron County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region (DELIVERED VIA E-MAIL)